ALAN EISNER, State Bar #127119
KESTENBAUM EISNER & GORIN LLP
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone:      (818) 781-1570
Fax:        (818) 781-5033
Email:      ae@keglawyers.com

Attorney for Defendant
ALI JONES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: CR 08-00887-JWJ |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S SENTENCING POSITION |
| v. | ) | Date: November 6, 2008 |
|  | ) | Time: 3:30 p.m. |
| ALI JONES, | ) | Before the Honorable Jeffrey W. Johnson United States Magistrate Judge |
| Defendant. | ) |  |

    Defendant, Ali Jones, through his attorney of record Alan Eisner, submits his sentencing position.  Defendant has no objections or additions to the Presentence report, and asks the court to follow the recommendations contained therein.  Defendant further submits the attached letter for the Court's consideration.

                                                                 Respectfully submitted,

                                                                 KESTENBAUM EISNER & GORIN LLP

Dated: November 5, 2008                     /s/   Alan Eisner

                                                              ALAN EISNER
                                                              Attorney for Defendant
                                                               ALI JONES

Proof of Service on Non Electronically Served Parties

I, ALAN EISNER DECLARE:

THAT I AM A CITIZEN OF THE UNITED STATES AND RESIDENT OR EMPLOYED IN LOS ANGELES COUNTY, CALIFORNIA; THAT I AM OVER THE AGE OF EIGHTEEN YEARS, AND AM NOT A PARTY TO THE ABOVE-ENTITLED ACTION. THAT MY BUSINESS ADDRESS IS THE OFFICE OF KESTENBAUM, EISNER & GORIN, LLP, ATTORNEYS AT LAW, 14401 SYLVAN ST., SUITE 112, VAN NUYS, CALIFORNIA 91401.  AT WHOSE DISCRETION I SERVED A COPY OF:

**DEFENDANT'S SENTENCING POSITION**

SERVICE WAS:

[] PLACED IN A CLOSED ENVELOPE FOR COLLECTION & INTEROFFCIE DELIVERY ADDRESSED AS FOLOWS:

[X] PLACED IN A SEALED ENVELOPE FOR COLLECTION & MAILING VIA UNITED STATES MAIL, ADDRESSED AS FOLLOWS:

[] BY HAND DELIVERY ADDRESSED AS FOLLOWS:

[X] BY FACSIMILE AS FOLLOWS:
FAX: (213)894-3627
PHONE (213)904-6006

AS FOLLOWS

Lori Pascover, Esq.
United States Probation Officer
312 Spring Street, 6th Floor
Los Angeles, CA 90012

THIS CERTIFICATE IS EXECUTED ON NOVEMBER 5, 2008 AT LOS ANGELES, CALIFORNIA.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/S/   ALAN EISNER
ALAN EISNER