Ali O. Jones
15489 Williams St. E6
Tustin, CA 92780
(714) 476-5120


Honorable Jeffrey W. Johnson
United States Magistrate Judge
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

Dear Judge Johnson:

For the past 8 months I've been imprisoned with this entire ordeal. Never would I have imagined that selling pills for male erectile dysfunction would turn my life up side down. I never meant to hurt anyone, nor was it my ambition to get rich selling these pills. I've committed a crime but I'm not a criminal, I think there is a difference.

I have worked most of my life and like many people I've tried to get ahead in life. I moved to the Los Angeles area from the Bay Area in Feb. 2002 and started working for Vista Paint Company in March of that same year. With most of my jobs I have worked hard and been promoted to Assistant Manager or Store Manager. It seem like over the past two years I've gotten behind in my bills some how accumulating debt. I don't really know how it happened it was just prior to that when I was trying to buy a house in Las Vegas.

One day a friend came to me and told me what he was doing to make extra money. He said that he was getting pills for male erectile dysfunction and selling them on Craig's List. I've never sold pills or any type of drugs before but it seemed pretty innocent at the time. I'd put an ad and let the people who wanted these pills to contact me. Before I knew it I was making the extra money I needed to get by. Thinking I could use this extra money to pay my bills and get out of debt. Or save up some extra money and buy a house with my girlfriend. It all seems so dumb now but most things do when you look back on the mistakes you have made in your life.

A few months later I ended up losing my job over selling these pills. Once in a while I'd update my Craig's List posting at work and that's how my supervisor's found out what I was doing. I filed for unemployment but couldn't receive any wages due to why I was let go. So in order to pay my rent and other bills I kept selling these pills, thinking I'd use this as a source of income until I started working again. Well, it's hard to find a job when the country is in a recession so it took longer than expected. Not to long after losing my job some Federal Agents were kicking down my door at 6am.

Soon you learn that you life isn't the same anymore. You can't sleep at night, and your girlfriend is jerking in the middle of the night like she's having a bad dream. You"re

dealing with lawyers, ICE Agents, District Attorney's, prison time and judges now. Meanwhile you've subjected someone that you really care about to all of this.

**Pretrial Service: Stacey Barrios**
Before I plead guilty to my charges in your court room I had to go to Pretrial Services and sign all the paper work with. Mr. Andre Goulart. He asked me questions before releasing me on bond. One question he asked was do I use drugs, I told him marijuana. He asked when my last use was and I told him 6 months. I was caught off guard; I didn't want to go to jail so I lied about my last use. The day I appeared in your court I was with my girlfriend who was leaving to go to Alaska for 3 months for a job assignment in just a few hours. She took this assignment because it was the only travel assignment she could get right away after the previous one had ended. Since March of this year she has been paying the bills in our home. I'm not even going to go into detail how this has made me feel, watching her pay every bill while I look for work. At the same time I don't know what's going to happen in this case which makes it even worse having this ordeal over my head not knowing the future. From January until May I was drug free and never in my life have I used any drugs besides marijuana.

On August 27, 2008 I went to check in with my PSO who was Stacey Barrios. At the time she was not in the office on the date I was suppose to be there so I checked in with another person who was filling in for Ms. Barrios. He had me fill out all of the paper work needed then gave a drug test. I signed a last declaration admitting I had recently used marijuana. So when he tested me there was no surprise my test had showed THC in my system. He informed me that I had to check in with my PSO on the first week of each month and also every Monday of each week. Now this is where I made one of the dumbest mistakes of my life. I smoked over the holiday weekend telling myself this would be the last time. Thursday September 4, 2008 was the first time I had met with Ms. Barrios. She had asked why I was being drug tested when this is not a narcotics case. I told her I didn't know myself, and then she decided to test me again Friday September 5th the following day. She told me that she may enroll me in to a drug program so that they could test me more frequently. When I came back the following day she had already enrolled me into the program.

On Sept. 14, 2008 I had got a call from a friend about a job. When I checked into pretrial I told Ms. Barrios I may be working for this company called Hubzone, and this call was about the job. One of their Superintendents got hurt over the weekend and they wanted me to fill in for a week. She wanted me to come over to discuss the job and what was needed; this was around 7:00pm on Sunday. I drove out to her place and met Larry Lofton, who would be the Project Manager. We looked over blueprints and what was required to do the job. I was told that I could fill in for the first week and if everything went well it was possible for me to stay on. This particular job was paying $30.00 per hour plus $50.00 a day for gas. I had not been working since May 2008 and this was a great opportunity. This would be not just a job but a career opportunity to turn my life around. When I got back home that night I called to see if I would have to check in for testing, and my number came up. The job required me to be in 29 Palms, CA on the

jobsite at 7am. I figured that in this matter it would be more important for me to be working so I sent Ms. Barrios this e-mail:

*Good Morning Ms. Barrios, last night around 7:30pm I got a call from a friend (Tomeka Small) asking me could I start a job today as a fill in QC Manager. This is the same company (Hubzone) that I had discussed with you that I may have the opportunity to work for. One of their supervisors was injured and they asked me to fill in for a week. The job site is in 29 Palms at an army base and I have to be on the job by 7am. As I told you on the message I left, I called DTR and wasn't sure if I had to report or not. Normally I would have just reported anyway but I do not want to lose the opportunity to work for this company. I think it would be counterproductive to show up late on the first day and lose the chance to be employed. I can report to an office out there if there is one. I called my lawyer and I've informed him also so that you can see that I'm not trying to violate my bond in any way. I'm sure you will have questions so I will call you in the morning. I will also leave you the number for Hubzone and my lawyer.*
*Thank You.*

*Ali Jones*

*Alan Eisner (lawyer) (818) 781-1570 office (310) 721-4148 cell*
*Tomeka Small (Hubzone) (909) 484-0934 office. (832) 715-2340 cell*

At the time I thought she would understand that it was more important for me to work and start to take the first step to getting my life back to normal. It was her that told me that I needed to be working the next time I checked in the first week of Oct. It was never my intent to disregard the law or violate my Pretrial release.

When I spoke with Ms. Barrios later that day she told me that I could not let this job interfere with me testing. I tried to explain to her that I need to work because my bills were starting to pile up on me. I live in Orange Country and 29 Palms is over 130 miles away. So in order to be at work on time I have to be on the freeway at 4:30am. She told me that I did not have to work at this particular job, yes she knew that I was making $30.00 an hour but there were other jobs that didn't interfere with me testing out there. I just thought this was the most absurd statement I've heard all year. When I lost my job with Vista Paint in Aug. 2007 the unemployment rate in California was at 5.5% (1,004,000 Californians Unemployed) in Aug. 2008 it has gone up to 7.7% (1,417,000 Californians Unemployed) up 0.3% from this past July (7.3%). And she's telling me that I can just find another job that doesn't interfere with me testing. She told me since I had missed that day that I had to come in that Friday (Sept. 19th) and come see her. She told me that she would be there at 7am but had to have someone else test me which wouldn't be until 8am. This was going to make me late for work my first week. My solution to this was to ask if I could test some where in the Inland Empire area preferably in Banning, Beaumont, and Rancho Cucamonga etc. This way I could get there early and be on the road to work and not be late. I just started this job on Monday and was going to miss a day in my first week. I thought working, and being a productive citizen would be the goal here. I thought the law would show some compassion and see that I was trying my best to

correct my situation. So she called me later that day and told me she moved me to a facility in San Bernardino, CA. She explained that they had all of my paperwork and I had an appointment at 5am. So at this point I had to tell my supervisor what was going on with me and my situation.

I was very forthcoming with him and he understood that I had to take care of this ordeal. At the same time we discussed that I couldn't keep missing day after day it was my first week and he was giving me a big break. I showed up for testing at 4:45am making sure I wouldn't be late for work. When I got there I found out that I didn't have an appointment and that they couldn't find my paperwork that Ms. Barrios was suppose to send over. They just open at 5am and its first come first serve, there were 8 people ahead of me. I was going to be late for work and possibly lose my job. In my frustration I called and lashed out at Ms. Barrios for not telling me this wasn't an appointment and not having my paperwork there on time. I felt like I was going to be late for work because she wasn't clear on the procedure. I figured if this was her job she could have taken time out to explain to me what I'd be doing when I got down there. Also I thought that she would call them and confirm they had my paperwork before she called me stating she sent over all of my documents to them. I now realize that some of this was not her responsibility, and looking back it was a big mistake handling things the way I did. I put myself in this situation and I now know that. Ms. Barrios had sent over my paperwork after the office had already closed, therefore they did not start my file until I got there. This was an entirely different company so their paperwork and procedure was different from the other facility. Never the less after placing calls to Ms. Barrios and my attorney Alan Eisner venting my frustrations I stayed and filled out the paperwork and did the test. I got there at 4:45am and was not completed until 6:38am. I had 22mins to be at work over 100miles away.

I've made some mistakes but I never meant to violate my conditions or make it seem as though I didn't have respect for the law. I went to San Diego Sept. 23rd, 24th to get my AGC certification so that I could maintain employment, not to disregard the law. Most of all I never meant to hurt anyone in all this even though it would seem as though I've hurt myself the most in this situation. I want to be able to go to work without any restrictions. I want to get my life back on track. This entire ordeal has been almost more than I could bare. Without my faith I would have crumbled a long time ago. While I was in jail this past week I read a book titled "From Prison to Praise" I continue to think everything happens for a reason and who knows why I spent 8 days in jail for something I didn't do. It's not meant for me to understand, but I did walk away learning something, so I set some goals for when I got out, and God willing stay out!

- Once this is over I want to start working again as an OC Manager for Hubzone if they'll continue to have faith in me.

- Enroll in some construction courses to become a better and more qualified COC

- I want to pay off all of my debt before 2009 is over

- Save up enough money to purchase a home in 2010 depending on how the market looks

- To have a better relationship with certain members in my family

- To be a better stronger man so that I can provide for my family when I'm married.

- This is just a small list of things I wanted to achieve in the near future. As I accomplish this list I'll make new challenges for myself.

I've told you all of this because I want you to know everything and whatever happens I know that I was judged on everything on both sides.

Respectfully Yours


_____
Ali O. Jones